UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CRESCENT PETROLEUM COMPANY INTERNATIONAL LIMITED and CRESCENT GAS CORPORATION LIMITED, <br><br> Petitioners, <br><br> v. <br><br> NATIONAL IRANIAN OIL COMPANY, <br> Hafez Crossing <br> Taleghani Avenue <br> P.O. Box 1863 <br> Tehran, Iran <br><br> Respondent. | Case No. _____ |

**DECLARATION OF DENNIS H. HRANITZKY IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD**

Pursuant to 28 U.S.C. § 1746, I, Dennis H. Hranitzky, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and a partner with the law firm Quinn Emanuel Urquhart & Sullivan LLP, counsel for Petitioners Crescent Petroleum Company International Limited ("**Crescent Petroleum**") and Crescent Gas Corporation Limited ("**Crescent Gas**," and, together with Crescent Petroleum, "**Crescent**" or the "**Petitioners**") in the above-referenced action, and respectfully submit this Declaration in support of Crescent's Petition against National Iranian Oil Company ("**NIOC**" or "**Respondent**") for confirmation of

1

the Award dated September 27, 2021 (the "**Award**") as rendered in an arbitration administered by the Permanent Court of Arbitration ("**PCA**") among Crescent Petroleum and Crescent Gas, as claimants, and NIOC, as respondents (the "**Arbitration**").

2.  I hereby certify that attached as **Exhibit A** is a true and correct copy of the Award, rendered in the Arbitration on September 27, 2021.

3.  I hereby certify that attached as **Exhibit B** is a true and correct copy of the Gas Sales and Purchase Contract (the "**GSPC**") entered into between Crescent Petroleum and NIOC, including the original GSPC dated April 25, 2001, the two amendment agreements dated April 25, 2001 and March 17, 2003, and six "side letters" (four of which dated April 25, 2001 and the other two dated March 17, 2003 and July 7, 2004, respectively).

4.  Crescent intends to commence the process of providing notice of the filing of the Petition to NIOC as soon as the summons is issued by transmission of a copy of the summons, the Petition, Memorandum of Law, this supporting declaration and the exhibits attached hereto by courier to NIOC at Taleghani Avenue, Tehran, I.R. of Iran, P.O. Box 1863 pursuant to Article 21 of the GSPC.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed on May 16, 2022, in London, United Kingdom.



Dennis H. Hranitzky