CO-386
10/2018

# United States District Court
# For the District of Columbia

Crescent Petroleum Company International Limited, Crescent Gas Corporation Limited )
)
)
)
)
                        Plaintiff )
vs )
National Iranian Oil Company )
)
)
                        Defendant )

Civil Action No. 22-cv-01361

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Crescent Petroleum Company International Limited  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Crescent Petroleum Company International Limited  which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Quinn Emanuel Urquhart & Sullivan, LLP
Attorney of Record

_____
Signature

NY0117
BAR IDENTIFICATION NO.

Dennis H. Hranitzky
Print Name

2755 E. Cottonwood Parkway, Suite 430
Address

Salt Lake City    UT    84121
City    State    Zip Code

801-505-7300
Phone Number