UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CRESCENT PETROLEUM COMPANY
INTERNATIONAL LIMITED and
CRESCENT GAS CORPORATION
LIMITED,

                  Petitioners,

        v.

NATIONAL IRANIAN OIL COMPANY,
Hafez Crossing
Taleghani Avenue
Tehran, Iran

                  Respondent.

Case No. _____

## [PROPOSED] ORDER GRANTING PETITION TO CONFIRM FOREIGN ARBITRATION AWARD

The Court has reviewed the Petition to Confirm Foreign Arbitration Award filed by petitioners Crescent Petroleum Company International Limited and Crescent Gas Corporation Limited ("**Petitioners**").  Upon consideration thereof, the Court hereby confirms the arbitration award dated September 27, 2021 rendered in the arbitration proceeding between Petitioner herein and Respondent herein, National Iranian Oil Company ("**Respondent,**" and the arbitration award, the "**Award**"), and enters a money judgment in Petitioner's favor against Respondent in an amount equal to the full amount of damages and interest under the Award, as follows:

a) $2,429.97 million for Petitioners' loss of profits and liability caused by Respondent's breach under the Gas Sales and Purchase Contract;

b) post-award interest on the sum $2,429.97 million at the rate of 12 month EIBOR + 1 percentage point, compounding annually, commencing from December 27, 2021 until the date of this judgment;

c) post-judgment interest at the rate applicable under 28 U.S.C. § 1961.

1

The Court further grants Petitioners' request for attorney's fees and costs in relation to the confirmation proceedings.

The Court will also retain jurisdiction over this action, and pursuant to Rule 69 of the Federal Rules of Civil Procedure, permit any discovery that may be proper to aid in the enforcement of the judgments entered herein.

IT IS SO ORDERED.

DATED: _____

_____
Honorable [_____], USDJ