# **EXHIBIT D**

**Yvonne Zhang**

| | |
|---|---|
| **From:** | Debra O'Gorman |
| **Sent:** | Tuesday, July 12, 2022 5:31 PM |
| **To:** | s.alikhani@nioc.ir; z.ejehi@nioc.ir; hashemi@nioc.ir; managing.info@nioc.ir; h.alamolhoda@nioc.ir; info@nioc-intl.ir |
| **Cc:** | gregfalkof@eversheds-sutherland.com; davidsellers@eversheds-sutherland.com; markhowarth@eversheds-sutherland.com; nanettepilkington@eversheds-sutherland.com; simon.rainey@quadrantchambers.com; simon.rainey@quadrantchambers.com; wpeter@peterandkim.com; kchristie@peterandkim.com; Yvonne Zhang; Dennis Hranitzky |
| **Subject:** | Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |
| **Attachments:** | Petition to confirm (DDC_22-cv-01361).zip |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

To Dr. Seyed Hojatollah Alamolhoda, NIOC Director of Legal Affairs,

Attached please find for service important papers filed in the United States District Court for the District of Columbia in the action *Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company*, Case Number 1:22-cv-01361, seeking confirmation of an arbitration award against the National Iranian Oil Company.

Best regards,

**Debra O'Gorman**
*Of Counsel*
Pronouns: she/her/hers
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7220 Direct
516-384-6888 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
debraogorman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

| | |
|---|---|
| **From:** | Howarth, Mark <MarkHowarth@eversheds-sutherland.com> |
| **To:** | Debra O'Gorman |
| **Sent:** | Wednesday, July 13, 2022 1:50 AM |
| **Subject:** | Read: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Iranian Oil Company, Case Number 1:22-cv-01361 |

**[EXTERNAL EMAIL from markhowarth@eversheds-sutherland.com]**

_____

Your message

  To: Howarth, Mark
  Subject: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
  Sent: Tuesday, July 12, 2022 10:31:04 PM (UTC+00:00) Dublin, Edinburgh, Lisbon, London

 was read on Wednesday, July 13, 2022 6:50:24 AM (UTC+00:00) Dublin, Edinburgh, Lisbon, London.

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations/). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This email and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this email and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your

rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

| | |
|---|---|
| **From:** | Pilkington, Nanette <NanettePilkington@eversheds-sutherland.com> |
| **To:** | Debra O'Gorman |
| **Sent:** | Wednesday, July 13, 2022 1:00 AM |
| **Subject:** | Read: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |

**[EXTERNAL EMAIL from nanettepilkington@eversheds-sutherland.com]**

_____

Your message

  To: Pilkington, Nanette
  Subject: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
  Sent: Tuesday, July 12, 2022 11:31:04 PM (UTC+01:00) Brussels, Copenhagen, Madrid, Paris

 was read on Wednesday, July 13, 2022 6:59:32 AM (UTC+01:00) Brussels, Copenhagen, Madrid, Paris.

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations/). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your

4

rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

| | |
|---|---|
| **From:** | Falkof, Greg <GregFalkof@eversheds-sutherland.com> |
| **To:** | Debra O'Gorman |
| **Sent:** | Wednesday, July 13, 2022 12:58 AM |
| **Subject:** | Read: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |

**[EXTERNAL EMAIL from gregfalkof@eversheds-sutherland.com]**

---

Your message

  To: Falkof, Greg
  Subject: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
  Sent: Tuesday, July 12, 2022 10:31:04 PM (UTC+00:00) Dublin, Edinburgh, Lisbon, London

 was read on Wednesday, July 13, 2022 5:58:14 AM (UTC+00:00) Dublin, Edinburgh, Lisbon, London.

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations/). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This email and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this email and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your

rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

| | |
|---|---|
| **From:** | Flavio Peter <fpeter@peterandkim.com> |
| **To:** | Debra O'Gorman |
| **Sent:** | Tuesday, July 12, 2022 5:42 PM |
| **Subject:** | Read: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |

**[EXTERNAL EMAIL from fpeter@peterandkim.com]**

Your message

  To: Flavio Peter
  Subject: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
  Sent: Tuesday, July 12, 2022 11:31:04 PM (UTC+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna

 was read on Tuesday, July 12, 2022 11:42:00 PM (UTC+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna.

8

| | |
|---|---|
| **From:** | Konstantin CHRISTIE <KChristie@peterandkim.com> |
| **To:** | Debra O'Gorman |
| **Sent:** | Tuesday, July 12, 2022 5:41 PM |
| **Subject:** | Read: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |

**[EXTERNAL EMAIL from kchristie@peterandkim.com]**

Your message

  To: Konstantin CHRISTIE
  Subject: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
  Sent: Wednesday, July 13, 2022 12:31:04 AM (UTC+02:00) Athens, Bucharest

 was read on Wednesday, July 13, 2022 12:41:26 AM (UTC+02:00) Athens, Bucharest.

9

| | |
|---|---|
| **From:** | Francesca Dal Poggetto <fdpoggetto@peterandkim.com> |
| **To:** | Debra O'Gorman |
| **Sent:** | Tuesday, July 12, 2022 5:33 PM |
| **Subject:** | Read: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |

**[EXTERNAL EMAIL from fdpoggetto@peterandkim.com]**

Your message

  To: Francesca Dal Poggetto
  Subject: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
  Sent: Tuesday, July 12, 2022 11:31:04 PM (UTC+01:00) Belgrade, Bratislava, Budapest, Ljubljana, Prague

 was read on Tuesday, July 12, 2022 11:33:18 PM (UTC+01:00) Belgrade, Bratislava, Budapest, Ljubljana, Prague.

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | s.alikhani@nioc.ir; z.ejehi@nioc.ir; hashemi@nioc.ir; managing.info@nioc.ir; h.alamolhoda@nioc.ir; info@nioc-intl.ir; gregfalkof@eversheds-sutherland.com; davidsellers@eversheds-sutherland.com; markhowarth@eversheds-sutherland.com; nanettepilkington@eversheds-sutherland.com; simon.rainey@quadrantchambers.com; simon.rainey@quadrantchambers.com; kchristie@peterandkim.com; {F1108648}.QuinnEmanuel@qe-us.imanage.work |
| **Sent:** | Tuesday, July 12, 2022 5:31 PM |
| **Subject:** | Relayed: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

s.alikhani@nioc.ir (s.alikhani@nioc.ir)

z.ejehi@nioc.ir (z.ejehi@nioc.ir)

hashemi@nioc.ir (hashemi@nioc.ir)

managing.info@nioc.ir (managing.info@nioc.ir)

h.alamolhoda@nioc.ir (h.alamolhoda@nioc.ir)

info@nioc-intl.ir (info@nioc-intl.ir)

gregfalkof@eversheds-sutherland.com (gregfalkof@eversheds-sutherland.com)

davidsellers@eversheds-sutherland.com (davidsellers@eversheds-sutherland.com)

markhowarth@eversheds-sutherland.com (markhowarth@eversheds-sutherland.com)

nanettepilkington@eversheds-sutherland.com (nanettepilkington@eversheds-sutherland.com)

simon.rainey@quadrantchambers.com (simon.rainey@quadrantchambers.com)

simon.rainey@quadrantchambers.com (wpeter@peterandkim.com)

kchristie@peterandkim.com (kchristie@peterandkim.com)

{F1108648}.QuinnEmanuel@qe-us.imanage.work

Subject: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361