# EXHIBIT F

**Yvonne Zhang**

**From:** ProofOfDelivery@addisonlee.co.uk
**Sent:** Tuesday, August 2, 2022 10:48 AM
**To:** London Reception
**Subject:** Addison Lee Booking - POD for Job 494067

**[EXTERNAL EMAIL from proofofdelivery@addisonlee.co.uk]**



# PROOF OF DELIVERY

Dear Customer,
Please find below your proof of delivery signature
for job number: **#494067**

The quickest way to book is on our web booker.
**Click here** to book your new courier.



| | SIGNED FOR BY | DELIVERED TO |
|---|---|---|
| | Chris At Reception | SW1H 0NE |
| | SIGNED FOR AT | |
| | 02/08/2022 15:47 | |

 **PICK UP**

AccAddress:Quinn Emanuel Urquhart & Sullivan Llp, 90 High Holborn, London, WC1V 6LJ

**CONTACT**

1

POST ROOM 3RD FLOOR - 02076532000

**DROP OFF**

N I O C Pension Fund, N I O C House, 4 Victoria Street, London, SW1H 0NE

**CONTACT**

Priscilla - 02076532000

**DATE & TIME**

02/08/2022 15:06 (ASAP)

**SERVICE**

Priority Bike - Best available service

**PICK UP CONTACT**

POST ROOM 3RD FLOOR - 02076532000

**DROP OFF CONTACT**

Priscilla - 02076532000

**ACCOUNT**

QUINN EMANUEL URQUHART & SULLIVAN LLP - 44050

**REFERENCE**

11136-00001;

www.addisonlee.com

2