# EXHIBIT G

**Yvonne Zhang**

---

| | |
|---|---|
| **From:** | Levi Schoonhoven <Levi.Schoonhoven@simmons-simmons.com> |
| **Sent:** | Thursday, August 4, 2022 10:02 AM |
| **To:** | Jonathan Bakker |
| **Subject:** | FW: Pakket Bezorgen Blaak Rotterdam |
| **Attachments:** | WhatsApp Image 2022-08-04 at 3.39.12 PM (1).jpeg; WhatsApp Image 2022-08-04 at 3.39.12 PM.jpeg; WhatsApp Image 2022-08-04 at 3.39.10 PM.jpeg |

---

**From:** Info | SterExpres <info@sterexpres.nl>
**Sent:** 04 August 2022 15:41
**To:** Levi Schoonhoven <Levi.Schoonhoven@simmons-simmons.com>
**Cc:** Yvonne van den Donker <Yvonne.vandenDonker@simmons-simmons.com>
**Subject:** Pakket Bezorgen Blaak Rotterdam

Goodafternoon,

We hereby confirm the delivery on 4 August 2022 of an envelope containing documents as per your instructions in the mailbox of National Iranian Oil Company, Blaak 512, 3011 TA Rotterdam.


Hartelijke groet,

Nicolai Keizer - Takes
Planner

Ster Expres B.V.
Gerrit Bolkade 64F
1507 BR  Zaandam
T. 075-6122525
www.sterexpres.nl
planning: info@sterexpres.nl
administratie: adm@sterexpres.nl

Ster Expres B.V. hanteert algemene voorwaarden volgens AVC en CMR, door een samenwerking met ons aan te gaan geeft u aan hiermee akkoord te gaan.
Deze algemene voorwaarden kunt u terugvinden op www.sva.nl/avc Wij kunnen u deze voorwaarden op verzoek ook kosteloos doen toekomen.


**nationaal en internationaal koerier & transportservices**
**Volg ons ook op Facebook en Instagram!**

