# EXHIBIT H

# Yvonne Zhang

| | |
|---|---|
| **From:** | Saiyda Contee <Saiyda.Contee@ancillaryinternational.com> |
| **Sent:** | Friday, June 24, 2022 8:55 AM |
| **To:** | Yvonne Zhang |
| **Cc:** | Debra O'Gorman |
| **Subject:** | RE: Service in Iran |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL from saiyda.contee@ancillaryinternational.com]**

Good morning ,

Currently Iran is only excepting methods of service via email with order.

Sincerely Saiyda



**Saiyda Contee | International Service Paralegal**
**Ancillary Legal Corporation**
**a:** 2900 Chamblee Tucker Road Building 13, Atlanta, GA 30341
**e:** saiyda.contee@ancillaryinternational.com
**w:** www.ancillarylegal.com
**p:** (855) 233-3206
Pay Online | Satisfaction Survey



**Elizabeth Gallo Court Reporting**
**e:** info@georgiareporting.com
**w:** www.georgiareporting.com
**p:** (404) 389-1155
Pay Online | Satisfaction Survey



The materials and information in this email are confidential and may contain Protected Health Information covered under the HIPAA Privacy Rule.  If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this information is strictly forbidden by law.  If you have received this e-mail in error, please notify me by reply e-mail and then delete this message.  Do not pass any of this information to anyone else.  Thank you for your cooperation.

**From:** Yvonne Zhang <yvonnezhang@quinnemanuel.com>
**Sent:** Wednesday, June 22, 2022 11:31 PM
**To:** Saiyda Contee <Saiyda.Contee@ancillaryinternational.com>
**Cc:** Debra O'Gorman <debraogorman@quinnemanuel.com>
**Subject:** RE: Service in Iran

Hi Saiyda,

Thanks for the response.  Does Ancillary offer any method of service in Iran other than by email?  We would prefer delivery of physical copies of the materials to the defendant.  The package we attempted to send via DHL was rejected by Iranian authorities when it arrived in Iran.  We'd appreciate to hear any prior successful experience you had with service of process in Iran.  We have only one defendant to serve in this action (some more information in the email I sent to you earlier).  Thanks.

Best,

1

Yvonne

---

**From:** Saiyda Contee <Saiyda.Contee@ancillaryinternational.com>
**Sent:** Wednesday, June 22, 2022 1:58 PM
**To:** Yvonne Zhang <yvonnezhang@quinnemanuel.com>
**Subject:** Service in Iran

**[EXTERNAL EMAIL from saiyda.contee@ancillaryinternational.com]**

---

Hello Yvonne:

Thank you for contacting Ancillary regarding service of process in Iran. There are various ways to serve legal documents there. Unless stated otherwise, quotes are for one defendant; please let us know if you have multiple defendants so that we can adjust the fee accordingly. Please provide us with the email address this is the only method of service allowed for this country .

Below are the methods of service allowed by the recipient country:

**Service by Email:*** This method of service is usually discretionary with the Court. It requires a Court Order and can only be obtained after other methods have failed. - We provide all the motion documents for you to review and file. Once signed by the judge, we handle the transmission and preparation of the proof of service. Fee: $595. - Time: 10 days after we receive the Court's Order. Our software allows us to ascertain when/if email has been delivered and/or opened.

***No Email – when documents filed in Florida, Kentucky, Louisiana, Mississippi, Missouri, Montana, , New Hampshire, Virginia, West Virginia, Wisconsin, Wyoming**

**Ancillary Fees:** International fees are prepaid.

Please call or email us anytime at your convenience if you have additional questions or if you are ready to proceed.

Once again, thanks for contacting Ancillary. We look forward to handling this important matter for you.

Sincerely Saiyda



**Saiyda Contee | International Service Paralegal**
**Ancillary Legal Corporation**
**a:** 2900 Chamblee Tucker Road
Building 13, Atlanta, GA 30341
**e:** saiyda.contee@ancillaryinternational.com
**w:** www.ancillarylegal.com
**p:** (855) 233-3206
**Pay Online** | **Satisfaction Survey**



**Elizabeth Gallo Court Reporting**
**e:** info@georgiareporting.com
**w:** www.georgiareporting.com
**p:** (404) 389-1155
**Pay Online** | **Satisfaction Survey**



The materials and information in this email are confidential and may contain Protected Health Information covered under the HIPAA Privacy Rule. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this

2

information is strictly forbidden by law.  If you have received this e-mail in error, please notify me by reply e-mail and then delete this message.  Do not pass any of this information to anyone else.  Thank you for your cooperation.