UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CRESCENT PETROLEUM COMPANY
INTERNATIONAL LIMITED and
CRESCENT GAS CORPORATION
LIMITED,

Petitioners,

v.

Case No. 1:22-cv-01361-JMC

NATIONAL IRANIAN OIL COMPANY,
Hafez Crossing
Taleghani Avenue
P.O. Box 1863
Tehran, Iran

Respondent.

**ORDER GRANTING PETITIONERS' MOTION
FOR ALTERNATIVE SERVICE PURSUANT TO 28 U.S.C. 1608(b)(3)(C)**

On this date, the Court considered Petitioners' Motion and Memorandum for Alternative

Service of Process pursuant to 28 U.S.C. § 1608(b)(3)(C).

The Court, having considered the papers filed in support of the Motion and good cause

appearing therefore, orders as follows:

The Court **GRANTS** Petitioner's Motion for Alternative Service of Process pursuant

to 28 U.S.C. § 1608(b)(3)(C), with prospective effect only. The Court authorizes Petitioners to

effectuate service upon Respondent National Iranian Oil Company (NIOC) via one or both of the

1

following methods: (1) email service on officials of NIOC, and/or (2) email service on

NIOC's counsel.

This Order does not foreclose any future challenge to service carried out in accordance

with the terms of the Order.


IT IS SO ORDERED.

DATED: August 9, 2022                                    _____

The Honorable Jia M. Cobb,
United States District Judge