UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CRESCENT PETROLEUM COMPANY INTERNATIONAL LIMITED and CRESCENT GAS CORPORATION LIMITED,<br><br>Petitioners,<br><br>v.<br><br>NATIONAL IRANIAN OIL COMPANY,<br>Hafez Crossing<br>Taleghani Avenue<br>P.O. Box 1863<br>Tehran, Iran<br><br>Respondent. | Case No. 1:22-cv-01361-JMC |

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I, Debra O'Gorman, hereby declare under penalty of perjury as follows:

1. I am Of Counsel with the law firm Quinn Emanuel Urquhart & Sullivan LLP, counsel for Petitioners Crescent Petroleum Company International Limited and Crescent Gas Corporation Limited (together, "**Crescent**" or "**Petitioners**") in the above-captioned action, and respectfully submit this Declaration regarding service of the Summons, the Petition to Confirm Arbitration Award, and all supporting documents in the above-captioned action on the Respondent National Iranian Oil Company ("**NIOC**").

1

2. On August 9, 2022, I served the Summons, the Petition to Confirm Arbitration Award, and all supporting documents on NIOC by (1) email transmission to officials of NIOC (including NIOC's Director of Legal Affairs, Dr. Seyed Hojatollah Alamolhoda at h.alamolhoda@nioc.ir) and (2) email transmission to counsel for NIOC at Eversheds Sutherland (International) LLP, Peter and Kim, and Quadrant Chambers, in accordance with the Court's August 9, 2022 Order granting Petitioners' Motion for Alternative Service of Process under 28 U.S.C. § 1608(b)(3)(C). My August 9, 2022 email further included a copy of the Court's August 9, 2022 Order. A true and correct copy of the email forwarding the aforementioned documents is attached hereto as **Exhibit A**.

3. The email addresses I used to deliver the August 9, 2022 email are known addresses from the current email distribution list used in the arbitration proceeding before the Permanent Court of Arbitration ("PCA") on which the award Petitioners seek to enforce in this action is based, and therefore are in active use and would provide NIOC with actual notice of this confirmation proceeding.[1]

4. I received confirmation of delivery from Microsoft Outlook indicating that delivery of my August 9, 2022 email to the email recipients at NIOC, as well as Eversheds Sutherland (International) LLP, Peter and Kim, and Quadrant Chambers were completed. In addition, I have received read receipts from Eversheds and Peter and Kim indicating that counsel for NIOC at these law firms have received and read the email content. Attached hereto as **Exhibit B** are true and correct copies of the delivery confirmation and read receipts I received for the August 9, 2022 email.

---

[1] *See* Dkt. 12-1 (O'Gorman Declaration) at ¶¶ 6, 7.

5.	In addition to the above, Petitioners made service on NIOC as further described in my August 8, 2022 declaration (Dkt. 12-1).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2022, in Riverhead, New York.

_____
Debra O'Gorman