# EXHIBIT A

**Yvonne Zhang**

| | |
|---|---|
| **From:** | Debra O'Gorman |
| **Sent:** | Tuesday, August 9, 2022 6:24 PM |
| **To:** | s.alikhani@nioc.ir; z.ejehi@nioc.ir; hashemi@nioc.ir; managing.info@nioc.ir; h.alamolhoda@nioc.ir; info@nioc-intl.ir |
| **Cc:** | gregfalkof@eversheds-sutherland.com; davidsellers@eversheds-sutherland.com; markhowarth@eversheds-sutherland.com; nanettepilkington@eversheds-sutherland.com; simon.rainey@quadrantchambers.com; simon.rainey@quadrantchambers.com; wpeter@peterandkim.com; kchristie@peterandkim.com; Yvonne Zhang; Dennis Hranitzky |
| **Subject:** | RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |
| **Attachments:** | Petition to confirm (22-cv-01361).zip |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

To Dr. Seyed Hojatollah Alamolhoda, NIOC Director of Legal Affairs,

Attached please find for service important papers filed in the United States District Court for the District of Columbia in the action *Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company*, Case Number 1:22-cv-01361, seeking confirmation of an arbitration award against the National Iranian Oil Company.

Best regards,

**Debra O'Gorman**
*Of Counsel*
Pronouns: she/her/hers
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7220 Direct
516-384-6888 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
debraogorman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message