# EXHIBIT B

# Yvonne Zhang

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | s.alikhani@nioc.ir; z.ejehi@nioc.ir; hashemi@nioc.ir; managing.info@nioc.ir; h.alamolhoda@nioc.ir; info@nioc-intl.ir; gregfalkof@eversheds-sutherland.com; davidsellers@eversheds-sutherland.com; markhowarth@eversheds-sutherland.com; nanettepilkington@eversheds-sutherland.com; simon.rainey@quadrantchambers.com; simon.rainey@quadrantchambers.com; kchristie@peterandkim.com; {F1108648}.QuinnEmanuel@qe-us.imanage.work |
| **Sent:** | Tuesday, August 9, 2022 6:25 PM |
| **Subject:** | Relayed: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

s.alikhani@nioc.ir (s.alikhani@nioc.ir)

z.ejehi@nioc.ir (z.ejehi@nioc.ir)

hashemi@nioc.ir (hashemi@nioc.ir)

managing.info@nioc.ir (managing.info@nioc.ir)

h.alamolhoda@nioc.ir (h.alamolhoda@nioc.ir)

info@nioc-intl.ir (info@nioc-intl.ir)

gregfalkof@eversheds-sutherland.com (gregfalkof@eversheds-sutherland.com)

davidsellers@eversheds-sutherland.com (davidsellers@eversheds-sutherland.com)

markhowarth@eversheds-sutherland.com (markhowarth@eversheds-sutherland.com)

nanettepilkington@eversheds-sutherland.com (nanettepilkington@eversheds-sutherland.com)

simon.rainey@quadrantchambers.com (simon.rainey@quadrantchambers.com)

simon.rainey@quadrantchambers.com (wpeter@peterandkim.com)

kchristie@peterandkim.com (kchristie@peterandkim.com)

{F1108648}.QuinnEmanuel@qe-us.imanage.work

Subject: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361

**Yvonne Zhang**

| | |
|---|---|
| **From:** | Howarth, Mark <MarkHowarth@eversheds-sutherland.com> |
| **To:** | Debra O'Gorman |
| **Sent:** | Wednesday, August 10, 2022 3:16 AM |
| **Subject:** | Read: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |

[EXTERNAL EMAIL from markhowarth@eversheds-sutherland.com]

Your message

   To: Howarth, Mark
   Subject: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
   Sent: Tuesday, August 9, 2022 11:24:19 PM (UTC+00:00) Dublin, Edinburgh, Lisbon, London

 was read on Wednesday, August 10, 2022 8:16:27 AM (UTC+00:00) Dublin, Edinburgh, Lisbon, London.

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations/). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This email and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this email and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your

rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

# Yvonne Zhang

**From:** Francesca Dal Poggetto <fdpoggetto@peterandkim.com>
**To:** Debra O'Gorman
**Sent:** Wednesday, August 10, 2022 12:08 AM
**Subject:** Read: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361

**[EXTERNAL EMAIL from fdpoggetto@peterandkim.com]**

_____

Your message

  To: Francesca Dal Poggetto
  Subject: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
  Sent: Wednesday, August 10, 2022 12:24:19 AM (UTC+01:00) Belgrade, Bratislava, Budapest, Ljubljana, Prague

 was read on Wednesday, August 10, 2022 6:08:28 AM (UTC+01:00) Belgrade, Bratislava, Budapest, Ljubljana, Prague.

**Yvonne Zhang**

| | |
|---|---|
| **From:** | Howarth, Mark <MarkHowarth@eversheds-sutherland.com> |
| **To:** | Debra O'Gorman |
| **Sent:** | Wednesday, August 10, 2022 3:16 AM |
| **Subject:** | Read: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |

[EXTERNAL EMAIL from markhowarth@eversheds-sutherland.com]

Your message

  To: Howarth, Mark
  Subject: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
  Sent: Tuesday, August 9, 2022 11:24:19 PM (UTC+00:00) Dublin, Edinburgh, Lisbon, London

 was read on Wednesday, August 10, 2022 8:16:27 AM (UTC+00:00) Dublin, Edinburgh, Lisbon, London.

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations/). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This email and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this email and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your

rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

# Yvonne Zhang

| | |
|---|---|
| **From:** | Konstantin CHRISTIE <KChristie@peterandkim.com> |
| **To:** | Debra O'Gorman |
| **Sent:** | Tuesday, August 9, 2022 6:55 PM |
| **Subject:** | Read: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |

**[EXTERNAL EMAIL from kchristie@peterandkim.com]**

---

Your message

  To: Konstantin CHRISTIE
  Subject: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
  Sent: Wednesday, August 10, 2022 1:24:19 AM (UTC+02:00) Athens, Bucharest

 was read on Wednesday, August 10, 2022 1:55:28 AM (UTC+02:00) Athens, Bucharest.

**Yvonne Zhang**

| | |
|---|---|
| **From:** | Pilkington, Nanette <NanettePilkington@eversheds-sutherland.com> |
| **To:** | Debra O'Gorman |
| **Sent:** | Wednesday, August 10, 2022 12:59 AM |
| **Subject:** | Read: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |

[EXTERNAL EMAIL from nanettepilkington@eversheds-sutherland.com]

Your message

   To: Pilkington, Nanette
   Subject: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
   Sent: Wednesday, August 10, 2022 12:24:19 AM (UTC+01:00) Brussels, Copenhagen, Madrid, Paris

 was read on Wednesday, August 10, 2022 6:59:06 AM (UTC+01:00) Brussels, Copenhagen, Madrid, Paris.

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations/). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your

rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

**Yvonne Zhang**

| | |
|---|---|
| **From:** | Sellers, David <DavidSellers@eversheds-sutherland.com> |
| **To:** | Debra O'Gorman |
| **Sent:** | Wednesday, August 10, 2022 1:23 AM |
| **Subject:** | Read: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361 |

[EXTERNAL EMAIL from davidsellers@eversheds-sutherland.com]

Your message

  To: Sellers, David
  Subject: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
  Sent: Wednesday, August 10, 2022 12:24:19 AM (UTC+01:00) Brussels, Copenhagen, Madrid, Paris

 was read on Wednesday, August 10, 2022 7:23:24 AM (UTC+01:00) Brussels, Copenhagen, Madrid, Paris.

This email is sent for and on behalf of Eversheds Sutherland (International) LLP

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, (number OC304065), registered office One Wood Street, London, EC2V 7WS. Registered VAT number GB820704559. A list of names of the members (who are referred to as "partners") together with a list of those non-members who are designated as partners and their professional qualifications is available for inspection at the above office. Eversheds Sutherland (International) LLP is authorised and regulated by the Solicitors Regulation Authority (SRA number 383181) and governed by the SRA Standards and Regulations (see https://www.sra.org.uk/solicitors/standards-regulations/). Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. Each Eversheds Sutherland entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Eversheds Sutherland entity. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

Confidentiality: This e-mail and its attachments are intended solely for the person to whom they are addressed, are strictly confidential and may contain privileged information. If they have come to you in error you must not copy or show them to anyone; please reply to this e-mail and highlight the error to the sender and then immediately delete the message. Unless expressly agreed in writing, Eversheds Sutherland (International) LLP accepts no liability to persons other than clients of the firm in respect of the contents of emails or attachments.

We process your personal data in accordance with our Privacy Notice, www.eversheds-sutherland.com/privacy. If you have any queries or would like to exercise any of your

rights in relation to your personal data, please contact dataprotectionoffice@eversheds-sutherland.com.

Cybercrime notification: Our bank account details will NOT change during the course of a transaction. Please speak to us before transferring any money. We will not take responsibility if you transfer money to an incorrect bank account. If you receive an email from Eversheds Sutherland (International) LLP requesting your bank details or purporting to amend our bank details, please contact us, or your solicitor, as appropriate, by telephone immediately to clarify.

www.eversheds-sutherland.com

# Yvonne Zhang

**From:** Wolfgang PETER <WPeter@peterandkim.com>
**To:** Debra O'Gorman
**Sent:** Wednesday, August 10, 2022 2:57 AM
**Subject:** Read: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361


**[EXTERNAL EMAIL from wpeter@peterandkim.com]**

---

Your message

  To: Wolfgang PETER
  Subject: RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361
  Sent: Wednesday, August 10, 2022 12:24:19 AM (UTC+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna

 was read on Wednesday, August 10, 2022 8:56:48 AM (UTC+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna.