UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CRESCENT PETROLEUM COMPANY
INTERNATIONAL LIMITED and
CRESCENT GAS CORPORATION
LIMITED,

                              Case No. 1:22-cv-01361-JMC

                    Petitioners,

        v.

NATIONAL IRANIAN OIL COMPANY,
Hafez Crossing
Taleghani Avenue
P.O. Box 1863
Tehran, Iran

                    Respondent.

## <u>REQUEST FOR ENTRY OF DEFAULT</u>

To: The Clerk of the Court

Petitioners Crescent Petroleum Company International Limited and Crescent Gas Corporation Limited, pursuant to Federal Rule of Civil Procedure 55(a), hereby request the entry of default against Respondent National Iranian Oil Company for failure to plead or otherwise defend.  A declaration in support of this request is attached hereto.

Dated: October 20, 2022

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: _____
    Dennis H. Hranitzky

    2755 E. Cottonwood Parkway, Suite 430
    Salt Lake City, UT 84121
    801-505-7300 Main Office Number
    801-515-7400 FAX

    Debra O'Gorman (appeared *pro hac vice*)
    Yvonne Yi Zhang (appeared *pro hac vice*)

    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    212-849-7000 Main Office Number
    212-849-7100 FAX

*Attorneys for Petitioners Crescent Petroleum
Company International Limited and Crescent Gas
Corporation Limited*

2