UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CRESCENT PETROLEUM COMPANY INTERNATIONAL LIMITED and CRESCENT GAS CORPORATION LIMITED,<br><br>                        Petitioners,<br><br>                v.<br><br>NATIONAL IRANIAN OIL COMPANY,<br><br>                        Respondent. | Case No. 1:22-cv-01361-JMC |

**NOTICE REGARDING PETITIONER'S PENDING
MOTION FOR DEFAULT JUDGMENT**

Petitioners Crescent Petroleum Company and Crescent Gas Corporation Limited respectfully submit this notice to inform the Court of developments in a related proceeding.

Dated:  July 21, 2023

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: _____
    Dennis H. Hranitzky (Bar No. NY0117)
      2755 E. Cottonwood Parkway, Suite 430
      Salt Lake City, UT 84121
      801-505-7300 Main Office Number
      801-515-7400 FAX

    Debra O'Gorman (Bar No. NY0499)
    Yvonne Yi Zhang (appeared *pro hac vice)*
      51 Madison Avenue, 22nd Floor
      New York, NY 10010
      212-849-7000 Main Office Number
      212-849-7100 FAX