quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7220**

WRITER'S EMAIL ADDRESS
**debraogorman@quinnemanuel.com**

July 21, 2023

<u>VIA ECF</u>

The Honorable Judge Jia M. Cobb
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20021

Re:   *Crescent Petroleum Co. Int'l Ltd. et al v. Nat'l Iranian Oil Co. (22-cv-01361)*

Dear Judge Cobb:

On behalf of Petitioners Crescent Petroleum Company and Crescent Gas Corporation Limited (together, "**Crescent**"), we write to update the Court on recent developments in a related proceeding before the Court of Appeal of England and Wales.

On May 16, 2022, Crescent commenced this proceeding seeking confirmation of a foreign arbitration award (the "**Award**") rendered against respondent National Iranian Oil Company ("**NIOC**"). Dkt. 1. NIOC did not appear to defend itself after service was completed. *See* Dkt. 15 (Return of Service). The Clerk entered default on October 21, 2022. Dkt. 17. Crescent's unopposed motion for a default judgment against NIOC is currently pending before this Court. Dkt. 18.

As detailed in Crescent's motion for default judgment, NIOC had appealed from a summary judgment issued by the High Court of England and Wales rejecting NIOC's challenge of a portion of the Award under s. 67 of the English Arbitration Act. Dkt. 18-1, 7-8, 20. On July 13, 2023, the English Court of Appeal issued its judgment dismissing NIOC's appeal after a three-day hearing.[1] As of today, all of NIOC's attempted challenges to the Award had been rejected by English courts. *Id*.

---

[1]   The English Court of Appeal's judgment can be retrieved at the English National Archives at https://caselaw.nationalarchives.gov.uk/ewca/civ/2023/826.

quinn emanuel urquhart & sullivan, llp
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Should the Court require further information to consider Cresent's motion for default judgment, please let us know.

Respectfully submitted,

*/s/ Debra O'Gorman*
Debra O'Gorman