# EXHIBIT A



**Director of Legal Affairs**

**National Iranian Oil Company (N.I.O.C.)**
**Legal Affairs Directorate**

Date: 06 June 2023
No:   M.H / 3535

National Iranian Oil Co.
Legal Affairs Directorate
P.O. Box 1863, Taleghani
Ave, Tehran, Iran

**Dr. Seyed Hojatollah Alamolhoda**
h.alamolhoda@nioc.ir

**BY E-MAIL ONLY**

Mr. M.J. Boon
Prins Clauslaan 60,
2595 AJ Den,
Haag
Netherlands

E-mail: m.boon@rechtspraak.nl

06 June 2023

**Re: 200.323.344/01 NIOC/CGC c.s. - National Iranian Oil Company (Appellant) *v.* Crescent Gas Corporation Ltd (Appellee)**

Dear Mr. Boon,

We refer to the scheduled hearing on June 14, 2023, at 09:30 a.m., in the above Case.

As you appreciate by its e-mail of June 05, 2023 NIOC's Dutch attorney (OSK ADVOCATEN) confirmed its withrewal of the Case on May 30, 2023, NIOC hereby respectfully requests the Court to postpone the Hearing.

Postponing the Hearing certainly causes the Court inconvenience. However, the legal and economic interests of NIOC, as well as the principles of due process, require that the scheduled Hearing be postponed, so that NIOC could find a legal counsel who defends its interests.



| Director of Legal Affairs | National Iranian Oil Company (N.I.O.C.) Legal Affairs Directorate | Date: 06 June 2023<br>No: M.H / 3535 |
|---|---|---|

We would mention that postponing the hearing at this stage will not affect the legal and economic interests of the Appellee, because the Appellee has obtained an enforceable judgement issued by Rotherdom Court of First Instance on December 05, 2022 and enforced it by confiscating the office of NIOC in Rotherdom and selling the property in a public auction. Therefore, the Appellee has already achieved the goal that it has aimed. Further enforcement of the judgement in the Netherlands - what the Case is about - will thus not be possible. Proceeding with the Case can thus only serve the interest of NIOC, which means that postponing the Hearing will thus mainly, if not solely, affect the interests of NIOC.

At the same time, the interests of NIOC demand that a counsel represents it and finding a counsel who will be willing and able to assist NIOC is one thing, which – considering the complexity of the Case and the imposed sanctions against NIOC– will not be an easy task. Furthermore, such a consel will also need a reasonable time to review the Case and get ready for the Hearing which will practically be impossible by June 14, 2023, based on the extent of the Case.

Therefore, NIOC respectfully requests the Court to confirm that the Hearing of June 14, 2023 is canceled, and keep the case on hold so that NIOC could find a new counsel and continue the Case.

Finally, NIOC will be ready to provide the Court with a Dutch translation in the case that submitting this letter in English would lead it to be disregarded by the Court.

Yours faithfully,



Seyed Hojatollah Alamolhoda
Director of Legal Affairs

cc: Griffie Handel (Hof Den Haag)
    The Appellee

Address: NIOC Hq., Taleghani Avenue, Tehran, Iran - Telephone: +98 21 88944736, Fax: +98 21 88944633