UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRESCENT PETROLEUM COMPANY
INTERNATIONAL LIMITED, et al.,

    Petitioners,

v.

NATIONAL IRANIAN OIL COMPANY,

    Respondent.

Case No. 22-cv-1361 (JMC)

## ORDER AND JUDGMENT

For the reasons stated in the Court's memorandum opinion, it is hereby **ORDERED** that Petitioners' petition to confirm arbitration award, ECF 1, and motion for default judgment, ECF 18, are **GRANTED**. It is further

**ORDERED, ADJUDGED, and DECREED** that judgment for $2,756,123,688 is entered in favor of Petitioners and against Respondent National Iranian Oil Company (NIOC) under the arbitral award rendered in the arbitration proceeding between Petitioners and NIOC dated September 27, 2021:

(i)      $2,429,162,306 for Petitioners' loss of profits and liability caused by NIOC's breach under the Gas Sales and Purchase Contract;

(ii)      $326,961,382 as interest on the principal amount at the rate of 12 month EIBOR +1 percentage point, compounding annually, commencing December 27, 2021 up to and including the date of this judgment, April 30, 2024.

It is further

**ORDERED** that a reasonable period of time pursuant to 28 U.S.C. §1610(c) will have elapsed following the entry of this judgment in order for Petitioners to seek to enforce this

judgment by means of attachment, execution, or otherwise as of May 30, 2024 (30 days following the entry of this judgment).

      This is a **FINAL JUDGMENT**.

      **SO ORDERED.**

                                                                           JIA M. COBB
                                                                   United States District Judge

Date: April 30, 2024