# EXHIBIT A

# Yvonne Zhang

| | |
|---|---|
| **From:** | Debra O'Gorman |
| **Sent:** | Wednesday, May 8, 2024 5:19 PM |
| **To:** | s.alikhani@nioc.ir; z.ejehi@nioc.ir; hashemi@nioc.ir; managing.info@nioc.ir; h.alamolhoda@nioc.ir; info@nioc-intl.ir |
| **Cc:** | gregfalkof@eversheds-sutherland.com; davidsellers@eversheds-sutherland.com; markhowarth@eversheds-sutherland.com; nanettepilkington@eversheds-sutherland.com; simon.rainey@quadrantchambers.com; simon.rainey@quadrantchambers.com; wpeter@peterandkim.com; kchristie@peterandkim.com; Dennis Hranitzky; Yvonne Zhang |
| **Subject:** | RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361- Notice of Default Judgment |
| **Attachments:** | 2024-04-30 Memorandum And Opinion [dckt 24_0].pdf; 2024-04-30 Order [dckt 23_0].pdf |

To Dr. Seyed Hojatollah Alamolhoda, NIOC Director of Legal Affairs,

Attached please find for service the Order and Judgment entered on default against National Iranian Oil Company in the above-referenced action dated April 30, 2024, along with the Court's Memorandum Opinion.

Regards,

**Debra O'Gorman**
*Of Counsel*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7220 Direct
516-384-6888 Cell

212-849-7000 Main Office Number
212-849-7100 FAX
debraogorman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Yvonne Zhang <yvonnezhang@quinnemanuel.com>
**Sent:** Wednesday, March 1, 2023 3:11 PM
**To:** s.alikhani@nioc.ir; z.ejehi@nioc.ir; hashemi@nioc.ir; managing.info@nioc.ir; h.alamolhoda@nioc.ir; info@nioc-intl.ir
**Cc:** gregfalkof@eversheds-sutherland.com; davidsellers@eversheds-sutherland.com; markhowarth@eversheds-sutherland.com; nanettepilkington@eversheds-sutherland.com; simon.rainey@quadrantchambers.com; simon.rainey@quadrantchambers.com; wpeter@peterandkim.com; kchristie@peterandkim.com; Dennis Hranitzky <dennishranitzky@quinnemanuel.com>; Debra O'Gorman <debraogorman@quinnemanuel.com>
**Subject:** RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361

To Dr. Seyed Hojatollah Alamolhoda, NIOC Director of Legal Affairs,

Attached please find for service petitioners' motion for default judgment against the National Iranian Oil Company and supporting papers in action *Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company*, Case Number 1:22-cv-01361, filed in the United States District Court for the District of Columbia on February 28, 2023. The motion seeks confirmation of an arbitration award and a money judgment in the amount of the award plus prejudgment interest against the National Iranian Oil Company.

Best regards,

**Yvonne Zhang**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7403 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
yvonnezhang@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Yvonne Zhang
**Sent:** Friday, November 4, 2022 12:48 PM
**To:** s.alikhani@nioc.ir; z.ejehi@nioc.ir; hashemi@nioc.ir; managing.info@nioc.ir; h.alamolhoda@nioc.ir; info@nioc-intl.ir
**Cc:** gregfalkof@eversheds-sutherland.com; davidsellers@eversheds-sutherland.com; markhowarth@eversheds-sutherland.com; nanettepilkington@eversheds-sutherland.com; simon.rainey@quadrantchambers.com; simon.rainey@quadrantchambers.com; wpeter@peterandkim.com; kchristie@peterandkim.com; Dennis Hranitzky <dennishranitzky@quinnemanuel.com>; Debra O'Gorman <debraogorman@quinnemanuel.com>
**Subject:** RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361

To Dr. Seyed Hojatollah Alamolhoda, NIOC Director of Legal Affairs,

Attached please find as a courtesy Farsi translations of the papers you received in August, 2022 in connection with the action *Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company*, Case Number 1:22-cv-01361, filed in the United States District Court for the District of Columbia in seeking confirmation of an arbitration award against the National Iranian Oil Company.

Best regards,

**Yvonne Zhang**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7403 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
yvonnezhang@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Debra O'Gorman <debraogorman@quinnemanuel.com>
**Sent:** Tuesday, August 9, 2022 6:24 PM
**To:** s.alikhani@nioc.ir; z.ejehi@nioc.ir; hashemi@nioc.ir; managing.info@nioc.ir; h.alamolhoda@nioc.ir; info@nioc-intl.ir
**Cc:** gregfalkof@eversheds-sutherland.com; davidsellers@eversheds-sutherland.com; markhowarth@eversheds-sutherland.com; nanettepilkington@eversheds-sutherland.com; simon.rainey@quadrantchambers.com; simon.rainey@quadrantchambers.com; wpeter@peterandkim.com; kchristie@peterandkim.com; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; Dennis Hranitzky <dennishranitzky@quinnemanuel.com>
**Subject:** RE: Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company, Case Number 1:22-cv-01361

To Dr. Seyed Hojatollah Alamolhoda, NIOC Director of Legal Affairs,

Attached please find for service important papers filed in the United States District Court for the District of Columbia in the action *Crescent Petroleum Company International Ltd. and Crescent Gas Corporation Ltd. v. National Iranian Oil Company*, Case Number 1:22-cv-01361, seeking confirmation of an arbitration award against the National Iranian Oil Company.

Best regards,

**Debra O'Gorman**
*Of Counsel*
Pronouns: she/her/hers
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7220 Direct
516-384-6888 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
debraogorman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message