UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRESCENT PETROLEUM CORPORATION INTERNATIONAL LIMITED AND CRESCENT GAS CORPORATION LIMITED,<br><br>             Petitioner,<br><br>v.<br><br>NATIONAL IRANIAN OIL COMPANY,<br><br>             Respondent. | Case No. 1:22-cv-01361-JMC |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-captioned case be updated accordingly. My new address is as follows:

> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 295 Fifth Avenue
> New York, NY 10016

Dated: December 10, 2024
New York, New York

                                                  Respectfully submitted,

                                                  */s/ Yi Yvonne Zhang*
                                                  Yi Yvonne Zhang
                                                  295 Fifth Avenue
                                                  New York, NY 10016
                                                  Tel: (212) 849-7000
                                                  Fax: (212) 849-7100
                                                  *Attorney for the Petitioner*